UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA EDRA SUTTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC.,<br><br>    Defendant. | Case No. 23-cv-00701-JST<br><br>**ORDER TO SHOW CAUSE RE: DUPLICATE PLAINTIFFS** |
| ANITA EDRA SUTTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC.,<br><br>    Defendant. | Case No. 23-cv-02607-JST |

Several Plaintiffs in *Sutton v. Gilead Sciences, Inc.*, Case No. 23-cv-2607, also appear as Plaintiffs in *Sutton v. Gilead Sciences, Inc.*, Case No. 23-cv-0701. Within 14 days of the date of this order, Plaintiffs shall file either a statement explaining why duplicate claims are necessary or a notice voluntarily dismissing the duplicate claims.

**IT IS SO ORDERED.**

Dated: June 9, 2023

_____
JON S. TIGAR
United States District Judge